**James J. DREW, Respondent,**

v.

**Robert E. HASTINGS, Appellant.**

**No. WD 38737.**

Missouri Court of Appeals,
Western District.

Sept. 1, 1987.

Dale L. Beckerman, Kansas City, for appellant.

Robert O. Jester, Kansas City, for respondent.

Before KENNEDY, C.J., and
PRITCHARD and LOWENSTEIN, JJ.

**ORDER**

PER CURIAM.

Appeal from judgment for plaintiff James J. Drew, in a suit for damages from an alleged intentional assault and battery, in the amount of $3,000 actual and $8,000 punitive damages.

Judgment affirmed. Rule 84.16(b).